1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     David A. Nelson (*Pro Hac Vice*)
2    davidnelson@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
3  New York, NY  10010-1601
   Telephone: (212) 849-7000
4  Facsimile: (212) 849-7100

5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Sean S. Pak (Bar No. 219032)
6    seanpak@quinnemanuel.com
     Jennifer A. Kash (Bar No. 203679)
7    jenniferkash@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, CA  94111
   Telephone: (415) 875 6600
9  Facsimile: (415) 875 6700

10 Attorneys for Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SYMANTEC CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>CROSSROADS SYSTEMS, INC.<br><br>          Defendant. | CASE NO. 4:08-CV-05687-SBA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR SYMANTEC CORPORATION AND [PROPOSED] ORDER**<br><br>**[CIV. L.R. 11-5]** |
|---|---|

**ORDER**

For good cause appearing, IT IS HEREBY ORDERED THAT Mark A. Flagel, Yury Kapgan, and Carisa S. Yee, as well as the firm Latham & Watkins LLP, are permitted to withdraw as counsel for Symantec Corporation in this matter.  Symantec Corporation will continue to be represented in this case by counsel from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

IT IS SO ORDERED.

DATED: 3/19/09

*[signature]*
Honorable Saundra Brown Armstrong
United States District Court Judge