

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

FILED
2009 MAY -8 AM 11: 19
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

May 8, 2009

David A. Nelson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

RE: Symantec Corporation v. Crossroads Systems, Inc.
Case No. 1:09-cv-359-SS (Formerly Case No. 4:08-cv-5687-SBA)

Dear Mr. Nelson:

This is to advise you that the above captioned case has been transferred from the Northern District of California, Oakland Division, and filed in this office on May 6, 2009.

The case has been given case number **1:09-cv-359-SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

You are advised that our local court rules may be downloaded from our website at **www.txwd.uscourts.gov**. Feel free to contact this office if you need a set mailed to you.

Please note that standing orders in this divisional office require all motions and responses to motions to be accompanied by a proposed order and for all pleadings, motions, orders, and other papers, including exhibits attached thereto, to be pre-punched at the top of the page to accommodate the Clerk's 2 3/4 inch center-to-center flat filing system.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Katherine Wallace*
Deputy Clerk



# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

May 8, 2009

Jennifer Anne Bauer
Quinn Emanuel Urquhart Oliver & Hedges, LLP
250 South Wacker
Chicago, IL 60606

RE:  Symantec Corporation v. Crossroads Systems, Inc.
     Case No. 1:09-cv-359-SS  (Formerly Case No. 4:08-cv-5687-SBA)

Dear Ms. Bauer:

This is to advise you that the above captioned case has been transferred from the Northern District of California, Oakland Division, and filed in this office on May 6, 2009.

The case has been given case number **1:09-cv-359-SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

You are advised that our local court rules may be downloaded from our website at **www.txwd.uscourts.gov**. Feel free to contact this office if you need a set mailed to you.

Please note that standing orders in this divisional office require all motions and responses to motions to be accompanied by a proposed order and for all pleadings, motions, orders, and other papers, including exhibits attached thereto, to be pre-punched at the top of the page to accommodate the Clerk's 2 3/4 inch center-to-center flat filing system.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Katherine Wallace*
Deputy Clerk



**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

May 8, 2009

Jennifer A. Kash
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

    RE:    Symantec Corporation v. Crossroads Systems, Inc.
             Case No. 1:09-cv-359-SS (Formerly Case No. 4:08-cv-5687-SBA)

Dear Ms. Kash:

    This is to advise you that the above captioned case has been transferred from the Northern District of California, Oakland Division, and filed in this office on May 6, 2009.

    The case has been given case number **1:09-cv-359-SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

    You are advised that our local court rules may be downloaded from our website at **www.txwd.uscourts.gov**. Feel free to contact this office if you need a set mailed to you.

    Please note that standing orders in this divisional office require all motions and responses to motions to be accompanied by a proposed order and for all pleadings, motions, orders, and other papers, including exhibits attached thereto, to be pre-punched at the top of the page to accommodate the Clerk's 2 3/4 inch center-to-center flat filing system.

    If you have any questions, please do not hesitate to contact me.

                             Sincerely,

                             *Katherine Wallace*
                             Deputy Clerk

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

May 8, 2009

Sean Sang-Chul Pak
Quinn Emanuel Trial Lawyers
50 California, 22nd Floor
San Francisco, CA 94111

RE: Symantec Corporation v. Crossroads Systems, Inc.
Case No. 1:09-cv-359-SS (Formerly Case No. 4:08-cv-5687-SBA)

Dear Mr. Pak:

This is to advise you that the above captioned case has been transferred from the Northern District of California, Oakland Division, and filed in this office on May 6, 2009.

The case has been given case number **1:09-cv-359-SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

You are advised that our local court rules may be downloaded from our website at **www.txwd.uscourts.gov**. Feel free to contact this office if you need a set mailed to you.

Please note that standing orders in this divisional office require all motions and responses to motions to be accompanied by a proposed order and for all pleadings, motions, orders, and other papers, including exhibits attached thereto, to be pre-punched at the top of the page to accommodate the Clerk's 2 3/4 inch center-to-center flat filing system.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Katherine Wallace*

Deputy Clerk



# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

May 8, 2009

Elizabeth Joan Brown Fore
Sprinkle IP Law Group
1301 West 25th Street, Suite 408
Austin, Texas 78705

      RE:    Symantec Corporation v. Crossroads Systems, Inc.
               Case No. 1:09-cv-359-SS (Formerly Case No. 4:08-cv-5687-SBA)

Dear Ms. Fore:

    This is to advise you that the above captioned case has been transferred from the Northern District of California, Oakland Division, and filed in this office on May 6, 2009.

    The case has been given case number **1:09-cv-359-SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

    You are advised that our local court rules may be downloaded from our website at **www.txwd.uscourts.gov**. Feel free to contact this office if you need a set mailed to you.

    Please note that standing orders in this divisional office require all motions and responses to motions to be accompanied by a proposed order and for all pleadings, motions, orders, and other papers, including exhibits attached thereto, to be pre-punched at the top of the page to accommodate the Clerk's 2 3/4 inch center-to-center flat filing system.

    If you have any questions, please do not hesitate to contact me.

                                    Sincerely,

                                    *Katherine Wallace*
                                    Deputy Clerk